**MEMORANDUM**

TO:     HONORABLE JAMES L. COTT
           United States Magistrate Judge

FROM:   Bernisa M. Mejia
           United States Pretrial Services Officer

*[Stamp: U.S. DISTRICT COURT FILED JAN 1 4 2014 S.D. OF N.Y.]*  DOC # 13

RE:     Akim, Mirela
DOCKET#:   14-M-02034-01

The attached memorandum was prepared by Pretrial Services Officer:

| **Bernisa M. Mejia** | 212-805-4114 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[M]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]   My office will inform all parties concerned that I will conduct a Bail Review Hearing in

      Courtroom # _____ on _____ at _____ .
                           Date           Time

[ ]   I request that a Bail Review Hearing be conducted by:

      [ ]   The presiding Magistrate Judge in courtroom # 5A.

      [ ]   The District Court Judge presiding in Part I.

      [ ]   _____ at his/her earliest convenience.
             Judicial Officer

[ ]   A bench warrant shall be issued for the defendant's arrest

[ ]   So ordered: *James L Cott*       Date 1/14/15



# MEMORANDUM

**To:** Honorable James L. Cott
United States Magistrate Judge

**From:** Bernisa M. Mejia
U.S. Pretrial Services Officer

**Re:** Akim, Mirela
14M02034-1
Status Report

**Date:** January 14, 2015

This memorandum serves to provide the court with updated information as to the defendant's adjustment to Pretrial Services supervision and recent state arrest.

On September 24, 2014, the defendant was arrested by the federal authorities and charged with Fraud and Related Activity in Connection with Access Devices in violation of 18 U.S.C. 1029. On that same date, she appeared before Magistrate Judge Kevin Nathaniel Fox for her initial presentment and was ordered detained on consent without prejudice.

On October 22, 2014, the defendant appeared before Your Honor for a bond hearing, and was ordered released on a $100,000 personal recognizance bond, cosigned by one financially responsible person, and a second co-signer for moral suasion along with the following conditions of release:
- *Strict Pretrial Services supervision*
- *Travel restricted to the Southern and Eastern Districts of New York*
- *Surrender passport/ no new applications*
- *Defendant to live with ex-husband and their children at Queens residence*

The defendant was ordered detained pending satisfaction of all bail conditions. On October 24, 2014, the defendant satisfied her bond conditions, however, she was taken into state custody and was released on November 10, 2014. Pretrial Services notes that since the defendant's release on supervision, she has maintained compliance with her conditions of bail.

On December 22, 2014, the undersigned officer received a call from defense counsel, Michael Sporn, whom indicated that the defendant was arrested on December 17, 2014, on a probation violation warrant stemming from her pleading guilty to local charges in Queens Criminal Court. The defendant was incarcerated at Rikers Island and as of this writing, she remains in state custody.

A search conducted on the NYC Department of Corrections database confirmed this information. An inquiry via Web-Crims revealed that the defendant had an upcoming court hearing scheduled for January 13, 2015, at QVOP court part in Queens Criminal Court. Records indicate that the defendant was sentenced on that date, and that she remains incarcerated, but no other sentencing information was available.

On January 14, 2015, the undersigned officer contacted Mr. Sporn, whom ascertained that the defendant was sentenced on January 13, 2015 to 60 days in jail for the probation violation, and is expected to be released from local custody on or about February 17, 2015. Pretrial services has made several attempts to contact NYC Department of Probation, and a response is awaited.

At this time, Pretrial Services is submitting this memorandum for informational purposes, and we are not requesting any action by the Court at this time.

Respectfully Submitted,

Bernisa M. Mejia
U.S. Pretrial Services Officer

Gianfranco Furelli
Digitally signed by Gianfranco Furelli
DN: o=Administrative Office of the US Courts, email=gianfranco_furelli@nyspt.uscourts.gov, cn=Gianfranco Furelli
Date: 2015.01.14 12:33:01 -05'00'

Reviewed by: Gianfranco Furelli
Supervising, U.S. Pretrial Services Officer

cc:   Robert Allen, AUSA
      Micahel Sporn, Defense Counsel